Rohrer *v.* Milk Control Board, Appellant.

Argued May 25, 1936.   Before KEPHART, C. J., SCHAF-
FER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

[2] ". . . nor can he be deprived of his life, liberty or property, unless by the judgment of his peers or the law of the land." See Constitution of 1776, Declaration of Rights, clause 9, Constitution of 1790, article IX, section 9, verbatim, Constitution of 1838, article IX, section 9, verbatim.

264

272

274

*Charles J. Margiotti,* Attorney General, with him *Harry Polikoff,* Deputy Attorney General, and *W. F. Daniels,* Deputy Attorney General, for Commonwealth.

*Thomas Raeburn White,* with him *W. Hensel Brown* and *Richard C. Bull,* for appellee.

*Francis Biddle,* of *Barnes, Biddle & Myers,* for interested parties, under Rule 61.

*Thomas W. Spofford,* with him *Charles Edwin Fox,* for interested parties, under Rule 61.

*Geo. Ross Hull,* for interested parties, under Rule 61.

OPINION BY MR. CHIEF JUSTICE KEPHART, June 26, 1936:

The majority of the members of this court, Mr. Justice SCHAFFER and Mr. Justice DREW dissenting, agree

that the decision certified to us by the Superior Court should be reversed on the dissenting opinion written by President Judge KELLER of that court, reported in 121 Pa. Superior Ct. 281. Mr. Justice SCHAFFER and Mr. Justice DREW are of opinion that the decision of the Superior Court should be affirmed on the opinion of Judge PARKER of that court.

Judgment reversed.